IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTESANIAS HACIENDA REAL S.A. de C.V., | : : : | |
| Appellant, | : : | CIVIL ACTION NO. 18-5553 |
| v. | : : | |
| NORTH MILL CAPITAL LLC and LEISAWITZ HELLER, | : : : | |
| Appellees. | : | |

## ORDER

**AND NOW**, this 8th day of August, 2019, after considering the notice of appeal filed by the appellant, Artesanias Hacienda Real S.A. de C.V., from the December 6, 2018 order of United States Bankruptcy Judge Jean K. FitzSimon, which held that the bankruptcy court had jurisdiction over the case and dismissed the appellant's claims for lack of standing (Doc. No. 1); and after considering the amended brief filed by the appellant (Doc. No. 14), the responsive briefs filed by the appellees (Doc. Nos. 16, 18, 25), the reply briefs filed by the appellant (Doc. Nos. 19, 20); the request to take judicial notice of proceedings filed by the appellant (Doc. No. 21), the response in opposition to the request filed by the appellee, Leisawitz Heller (Doc. No. 23), and the applicable bankruptcy court record; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The December 6, 2018 order of Judge Jean K. FitzSimon is **AFFIRMED**;

2. The request to take judicial notice of proceedings (Doc. No. 21) is **DENIED AS MOOT**; and

                                                              BY THE COURT:

                                                              /s/ *Edward G. Smith*
                                                              EDWARD G. SMITH, J.